**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **JOSHUA T. DETHERAGE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-26-348-G** |
| | ) |
| **MIKE HUNTER et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff Joshua T. Detherage, a state prisoner appearing pro se, filed this civil action on February 23, 2026.  *See* Compl. (Doc. No. 1).  In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

Judge Mitchell issued a Report and Recommendation recommending that this case be dismissed without prejudice due to Plaintiff's failure to comply with the Court's Order to either cure the deficiencies in his application for leave to proceed *in forma pauperis* or pay the required filing fee.  *See* R. & R. (Doc. No. 14) at 1-3.  In the Report and Recommendation, Judge Mitchell advised Plaintiff of his right to object by May 5, 2026. *See id.* at 3.  Judge Mitchell further advised that failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.  *See id.*

The R. & R. was mailed to Plaintiff at his address of record.  As of this date, Plaintiff has not submitted any objection to the R. & R. or sought leave for additional time to do so.

CONCLUSION

No objection having been filed, the Report and Recommendation (Doc. No. 14) is ADOPTED in its entirety.

Plaintiff's Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.  A separate judgment shall be entered.

IT IS SO ORDERED this 10th day of July, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2